UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v.-                                                      16-CR-468 (GHW)

JAMES GRANT, *et al.*,                       <u>NOTICE OF MOTION</u>

                          *Defendants.*
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying memorandum, the attached exhibits and all prior proceedings in this case, defendant **MICHAEL HARRINGTON** will move this Court, on a day and time to be determined, for an order granting multiple relief, as follows:

1. Dismissing the indictment, per Fed. R. Crim. P. 12(b)(3)(B), for asserting a stream of benefits bribery theory eradicated by *McDonnell v. U.S.*, 136 S. Ct. 2355 (2016);

2. Dismissing the indictment, per Fed. R. Crim. P. 12(b)(3)(B), for failing to describe the alleged criminal conduct with sufficient specificity and failing to state an offense;

3. Dismissing Counts Four through Seven, per Fed. R. Crim. P. 12(b)(3)(B), to the extent they charge illegal gratuities;

4. Directing the government to produce the grand jury instructions for *in camera* review to ensure *McDonnell* compliance;

5. Directing the government, per Fed. R. Crim. P. 7(f), to provide a limited bill of particulars;

6. Directing the government to identify the documents and tapes it seeks to introduce at trial;

7. Directing the government – per the Sixth Amendment, *Brady v. Md.*, 373 U.S. 83 (1963), *Giglio v. U.S.*, 405 U.S. 150 (1972), and associated cases – to immediately produce all exculpatory and impeachment information in its possession, custody or control;

8. Severing Harrington's trial, per Fed. R. Crim. P. 14(a), from that of his codefendants;

9. Joining Harrington in all applicable codefendant motions not inconsistent with his; and

10. Granting any other relief the Court deems appropriate.

DATED:   New York, NY
         Nov. 13, 2017

>Respectfully submitted,
>
>THE WEINSTEIN LAW FIRM PLLC
>
>By:   /s/ Andrew J. Weinstein
>Andrew J. Weinstein
>Barrie A. Dnistrian
>800 Third Avenue, 18th Floor
>New York, NY 10022
>T: (212) 582-8900
>F: (212) 582-8989
>E: aweinstein@twlf.com
>    bdnistrian@twlf.com
>
>LAW OFFICE OF MARC FERNICH
>Marc Fernich
>Giuliana Graham
>810 Seventh Avenue, Suite 620
>New York, NY 10019
>T: (212) 446-2346
>F: (212) 459-2299
>E: maf@fernichlaw.com
>    ggraham@fernichlaw.com
>
>*Attorneys for Defendant Michael Harrington*

TO: **AUSA MARTIN BELL**
    **AUSA LAUREN BROOKE SCHORR**
    **AUSA KAN MIN NAWADAY, ESQ.**
    Southern District of New York
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2200

3