# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

April 11, 2018

**VIA E-MAIL and ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Grant and Reichberg*, 16 Cr. 468 (GHW)

Dear Judge Woods:

     The Government's response to Defendant Reichberg's motion to preclude the Government from reviewing confidential marital communications does not dispute the fact that there are confidential marital communications on devices seized from Reichberg and that these communications are privileged. Instead, it addresses an entirely irrelevant issue: a taint team.

     The ESI seized by the Government from Reichberg contains scores of confidential marital communications between Reichberg and his wife. There is no reason for the Government to review this information and the Government does not set forth any facts which would support a crime fraud exception to the privilege or any other basis to review these communications.

     It should be simple for the Government to simply segregate the vast majority of these communications and delete them from whatever database the Government is reviewing. Indeed, the Government does not claim that it cannot do this.

     Given this, we are baffled why the Government focuses on the issue of a taint team. In Reichberg's motion to preclude the Government from reviewing these materials we specifically stated there was no need for *any* Government official to review these communications. This obviously means that we are not asking for a taint team. We are asking for the communications to be segregated and returned to Reichberg.

     Accordingly, we respectfully request that the Government immediately be ordered to segregate all marital communications materials and return them to Reichberg.

              Respectfully submitted,

              /s/

              Susan R. Necheles

cc:    All Parties (by e-mail and ECF)

1