USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                              :
           -against-                                          :
                                                              :         1:16-cr-468-GHW
                                                              :
JEREMY REICHBERG,                                             :
                                                              :              ORDER
                                         Defendant.           :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 2, 2019 the Court accepted the jury's verdict as to Defendant, and set April 4, 2019 as his sentencing date. As articulated on the record, any and all sentencing submissions from the defense must be submitted no later than March 14, 2019. Any and all sentencing submissions from the Government must be submitted no later than March 21, 2019. The parties should not expect untimely submissions to be considered.

SO ORDERED.

Dated: January 4, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge